IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

      Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND and
THE BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 25, 2008.**

      The Joint Motion to Magistrate for Order Substituting Terms [filed July 23, 2008; docket #14] is **granted**. The term "plaintiff" shall be substituted with the term "defendants/counterclaimants" wherever the former term appears in the counterclaim in the Defendants' Answer and Counterclaim found at docket #2.