**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND and
THE BOARD OF TRUSTEES OF THE EIGHT DISTRICT ELECTRICAL PENSION FUND,

Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Defendants have up to and including August 27, 2008 to respond to Plaintiff's Motion for Leave to File Amended Complaint.


Dated: August 13, 2008
_____