IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND and
THE BOARD OF TRUSTEES OF THE EIGHT DISTRICT ELECTRICAL PENSION FUND,

Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     The Motion to Withdraw (Doc 31 - filed September 4, 2008) is **GRANTED**. Allen M. Tate is allowed to withdraw as counsel for Plaintiff herein. Plaintiff will continue to be represented by Robert B. Evnen of the law firm of Woods & Aitken LLP.

Dated: September 5, 2008
_____