IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

    Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND and
THE BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2008.**

    Plaintiff's Unopposed Motion to Submit Surreply [filed September 3, 2008; docket #29] is **granted**.