**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

    Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND, and
THE BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on September 18, 2008 (Doc 35). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion for Leave to File Amended Complaint (Doc 17) is DENIED.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: October 10, 2008