**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-00420-LTB-MEH

LUDVIK ELECTRIC COMPANY,

        Plaintiff,

v.

EIGHTH DISTRICT ELECTRICAL PENSION FUND, and
THE BOARD OF TRUSTEES OF THE EIGHTH DISTRICT ELECTRICAL PENSION FUND,

        Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With

Prejudice (Doc 53 - filed January 30, 2009), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                    BY THE COURT:


                    ___s/Lewis T. Babcock_____
                    Lewis T. Babcock, Judge

DATED:   February 2, 2009